# EXHIBIT C

March 31, 2021

The Honorable G. Michael Harvey
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Harvey:

I write for and on behalf of Michael J. Lopatic.

I live at 41 Hershey Lane in Lancaster, PA and have been a resident of Lancaster County for the past 18 years. For all of them, I have known Michael Lopatic and his wife, Chinh, along with watching their children grow up, through our mutual church, Historic St. Mary's in Lancaster City.

Your honor, I fully recognize the seriousness of the charges Michael faces and do not condone any crime he is alleged to have committed. However, I think it is important you should know, from someone who has spent a lot of time with him and his wife over these years that I was shocked at the allegations. Quite simply, it does not reflect the temperament and the man that I am familiar with.

Michael is quite active in our faith community. My wife and I have gotten to know him and Chinh well as we both participate in St. Mary's "I Still Do" ministry, a group of married couples who get together once a month to share a meal and discuss ways in which we can strengthen our marriage through faith, communication and good works. Michael is an active usher in the church and even taught religious education to grade school aged children for years.

There is another example that I would also like to share that demonstrates Michael's good will towards others in his community. One of the families in our parish went through a very difficult time several years ago. The father was (and remains) incarcerated due to some truly awful crimes. This particular family, now led by a single mother, had adopted several children and were fostering several more – all of whom were minorities that came from impoverished, troubled backgrounds. Michael took it upon himself to spend time with these young children to take them fishing, to speak to them and to be a father figure to them during this difficult time. He did not broadcast doing so and was not seeking credit, but I believe these actions of charity speak to his character and concern for those less fortunate in the community.

Michael holds passionate political and religious views, of that there is no doubt. A staunch supporter of the pro-life cause, I have personally attended the March for Life with him during the event in 2019 and again in 2020. This March is always peaceful and I have never heard Michael threaten, wish for or in any way support violence as a way to achieve political ends. Violence is simply not in this man's nature that I have observed.

Michael's initial incarceration has been difficult on his family and his supportive faith community are trying to rally around Chinh and his youngest son who remains at home (he is a senior in high school, preparing to finalize his college decision and play his final year of high school baseball and his father's sudden absence has been traumatic).

Michael has deep ties to this local community. His wife works six days a week to provide for the family as Michael is on disability due to PTSD and, from what he has told me, suffers from an inoperable brain tumor. Michael does not have the means nor the inclination to flee nor does he pose a risk to the community. While I cannot speak to the events of January 6, nor can I comment on Michael's involvement, I do know for certain his past actions point to a deep concern for others and for the community in which he lives.

I am asking you to release Michael back to his family and to his faith community, pending trial and / or the dispensation of his case. He will not be left abandoned by the parish community. Regardless of the terms of his release, I assure you that people will continue the outreach, help him remain grounded, humbled and ready to face trial for his alleged crimes once the time comes.

Thank you for your consideration and for the important work that you do.

Sincerely,

John P. Claus


Lancaster County, Pennsylvania

March 30, 2021

To whom it may concern;

My name is Frederick Rogers and I am a physician and trauma surgeon practicing over 30 years in leadership roles throughout the country. The last twelve years (since 2008) were in Lancaster, PA where I I got to know and become friends with Mr. Michael Lopatic, who was an active member of our parish, St Mary's Church. While I have no first- hand information surrounding the events in the capital on January 6, and, as such, will not comment on the extent of Mr. Lopatic's involvement, I can quite comfortably comment on my knowledge of Mr. Lopatic's character, having known him and worked closely with him within the activities of our Church. Mr. Lopatic was a devoted member of our Church attending Mass every week and, when he could, even attending daily Mass. He was an usher at our 11am Mass every Sunday. He taught religious education to the second- grade students. I smiled every time I walked by his room because he was so tall and the children were so small, he was like Gulliver in the land of the Lilliputians. Despite his imposing figure he was a gentle giant with a huge heart that would do anything for anyone who was ever in need. He was never threatening to anyone. A couple of examples speak to the kind of character Mr. Lopatic possessed. We had a fellow parishioner who through some very unfortunate circumstances ended up being incarcerated for a number of years, leaving behind a wife and several small young children (all adopted) bereft of any father figure in their life. Mr. Lopatic stepped into this vacuum and began to take the two young boys on outings every Saturday morning. Not many people I know would give up their valuable free time on Saturdays with their own family to help out his fellow man. But that's the kind of person Mr. Lopatic was. Another example was a man named Marshall, who was a well-known parishioner in our Church who was old and frail. Everyone pitched in and helped him because he had no family or friends (he was a bit of a recluse). Finally, he was too weak to live on his own and he ended up in the public nursing home. Everyone seemed to forget about Marshall after that- everyone that is except Mr. Lopatic . When I would call Marshall once every few weeks, I would ask him if anyone he come to visit him and he would reply, "No, no one except for

Mike [Mr. Lopatic}"(this was in the pre-covid era when nursing home visitations were still allowed). It seemed like Mr. Lopatic was there for all the people who were disenfranchised in our Church community. Mr. Lopatic and his wife are faithful members of our marriage enrichment group and we met every Saturday evening to learn how we can become better spouses to each other. It was here I really got to know and understand Mr. Lopatic and his deep abiding love for his wife and children which emanated from a deep abiding love of God and his country. No doubt Mr. Lopatic was passionate about his beliefs but never at any time did I feel in any way threatened or fearful of anything he said. He had strong beliefs which he held to be inviolate and I didn't feel like his values were that much different than my own (he just lived out his values better). I know Mr. Lopatic has other activities he was involved in such as being a member of the Knights of Columbus and a veteran who saw active duty- I will leave it to others to attest to that aspect of his character. I also know as a physician he was at least partially disabled from surgery on his brain to remove a tumor. Although I did talk to him about his condition, I did not directly treat him, and as such, cannot comment on how much his brain disability would be a mitigating condition surrounding his actions on January 6. It is my sincere hope that the judicial review of Mr. Lopatic will take into account these aspects of his character. Mr. Lopatic is a very strong loving individual. He loves his wife and children very much and they will miss him terribly if he is incarcerated for a long period of time. He loves his country very much, has put his life on the line in the past for it, and in my opinion still has much to contribute to it still. And most of all he loves God very much and wants to do the right thing in God's eyes. Whatever transgressions Mr. Lopatic has had in his past I am fairly confident God has already forgiven him for. I hope this court in its wisdom will find compassion and mercy when considering all aspects of Mr. Lopatic's actions.

Sincerely,

*Frederick B. Rogers* (signature)

Frederick B. Rogers MD, MS, MA, FACS

February 22, 2021

To Whom It May Concern:

In the last twenty-plus years that I have known Mike Lopatic, I have never known him to be violent or hurtful to anyone. In fact, I've known him to be a smiling, outgoing fellow.

Mike and his family attended church regularly. He and his wife attended the parish-sponsored-monthly marriage program, "I Still Do," learning how to be better spouses to one another. Couples then interacted in a social that followed.

Mike is quite the storyteller. He is known to speak his mind and tell the truth. He is an advocate and defender of life-in-the-womb and has attended the peaceful Pro-life Marches in Washington.

Whenever there was a need, Mike was right there. He even extended himself to one of our homebound men when he was in need. Mike maintained contact with this individual even after he took up residence in a nursing home. Since COVID, Mike hasn't been able to visit the facility where he lives, nor has Mike been able to call him since he's been incarcerated.

His employment history is sporadic because of his physical and mental health issues for which he is on medication. It would be advisable, in my opinion, that Mike be evaluated physically and mentally before any hearing or trial.

It saddens me to learn of the predicament that Mike is in. I pray that justice is served and that Mike is fairly treated.

Sincerely,

Fran Sescilla


Member of Historic St. Mary's Church

Lancaster, PA 17603

March 8, 2021

To whom it may concern:

Some years back I had been the coordinator of volunteers for the Friday Night Community Meal at St. Mary's Church. This was part of a program in Lancaster to provide a nutricious meal to the needy of the community each night of the week. And Friday night was a tough night to fill the needed volunteer roster.

One of the volunteers was Mike Lopatic who served for several years. During his time of service, Mike could be counted to be on duty when scheduled and sometimes when not

scheduled just to lend a hand. Mike was easy to work with. He would do anything requested from running the dishwasher, to helping on the serving line, cleaning up after the dinner and taking out the trash.

Mike did not have any problem mingling and chatting with our "guests" and assisting those with physical limitations and greeting them with his big smile. Most of the time Mike brought his children as a way to teach them that service to those in need is important. To Mike, service to others is a requirement.

Over the last 20 years or so, Mike and I also helped out at other parish events, and always had a good time and lots of laughs with him. I never felt that Mike was someone prone to violence or harbored anger towards others.

I trust that my words about Mike Lopatic will put him in a positive light as he moves forward and through the situation he is in.

Sincerely,


Paul C. Sescilla

Parishioner, St. Mary's Church

To Whom it May concern,

Dear Sir/Madam, 3/31/21

I have known Mike for over ten years as a member of our parish. He has been active as an usher and he and his wife, Chinh, are members of our marriage enrichment group. He is devoted to his family of four children, one who is still at home and in high school.

In all my times with Mike I have always known him to be a friendly and engaging person with a dry sense of humor. In my encounters with Mike I have never seen him angry or violent. Mike has strongly held political values which I believe are only exceeded by his devotion to his family and his faith.

Joe Clupp

**Michael Lopatic's Refence Letter**

March 31, 2021

Lancaster, Pennsylvania

To whom it may concern,

My name is Ramon Estevez from Strasburg, Pennsylvania. I am writing this reference letter on behalf of Michael Lopatic, resident of Manheim Township, who I have had the privilege and the blessing to know well since 2007 in both Church and social settings.

Mr. Lopatic has been an active member of our Church throughout all the years since I met him; he has actively participated in many capacities from being an Usher, a religious education teacher (even to one of my children), and janitor, among others.

He is a beautiful and caring human being who is very generous with his time, takes a real interest in helping and getting to know people of all walks of life. He makes you feel welcome and that you belong. Mr. Lopatic has been a very good community leader by coaching basketball to high schoolers where he instilled in the players the importance of the team over the individual by having the whole team supporting the weakest player to become better and more confident; he has played a role model to a young boy for almost two years since his adopted father could not longer be at home; another example of how Mike's life has been one of giving of himself to others was becoming a marine and serving our country in the Middle East.

Mr. Lopatic loves his family, loves God, loves his Country, and even more important, he has a unique gift of showing love by being a Good Samaritan to perfect strangers who may be in physical, emotional, or spiritual need. He would stop whatever he is doing to lend a hand, give a big smile and hug, and share his literal "huge" humanness with anyone he encounters. He has certainly been a man of high integrity, a man of peace and a law-abiding citizen.

Respectfully,

Ramon Estevez

March 31, 2021

To Whom it May Concern,

We have known Mike Lopatic for well over 10 years. In that time, we have found him to be a gentle giant, a man who was kind hearted towards everyone. He is a great individual who is very committed to his family and friends. He is a loving husband to his wife, Chinh, and is especially proud of his children, Michael, Ramsey, Mayciann and Coleby, who he adores! He is dedicated and very active in his faith based civic organizations and church community. He's a participating member in our local Knights of Columbus Council 867, doing charitable work for our local parishes. He is also active in several other ministries at our church, Historic St. Mary's, in Lancaster, PA. Some of the ministries that he is very active in are the "I Still Do" marriage ministry, which helps to support & encourage stronger marriages in our parish family. For many years he has been dedicated to teaching CCD (Catechism Classes) to the youth of our parish to help them learn more about our faith. He really enjoyed helping out at our annual parish picnics, cooking or helping to set up or clean up after the event. He is a man that many people look up to in our parish community for his dedication to the Church and his commitment to helping people. Over the many years that we have known Mike, he has gone out of his way to help anyone who needed a hand, smiling all the while with a funny story to pick up their spirits. He's always been someone you could depend on to be there for you if you needed him. We have always admired his very strong faith, along with his dedication to our country (he is a disabled veteran of the US Marine Corps) and his political activity. We have never known Mike to be violent in any way, as we mentioned above, he is a gentle giant with a very big heart, especially for helping others!

We pray for a favorable outcome for Mike!

Respectfully,

*[signatures]*

Dr. Richard A. Stratchko, D.O.

Dawn M. Stratchko

March 1, 2021

To Whom It May Concern,

I have known Michael Lopatic for over ten years. He has been an active participant in our church and local community. With our church, Historic St. Mary's, he has been active teaching Sunday school, helping as an usher, participating with our Men's Group and always being available to help fellow parishioners and the community. He has been active with his sons' Little League and Baseball teams. He has chaperoned our church teenagers (including my son) to their annual summer retreat at Franciscan University. All of the young men who attended enjoyed his company, his many stories and the testimonial he gave regarding his faith journey. He certainly left a positive impression on these young men.

In my personal relationship with Mike, I have never seen him angry or bitter. He has always been a loving father and attentive husband. He has a strong faith in God and uses Jesus and the Bible as his compass.

If I can be of any further assistance, please feel free to contact me.

Sincerely,

Robert D. Hong, M.D.

March

To Whom it May Concern:

Re: Michael Lopatic

My name is Don Spica, and I have known Mike for at least 10-15 years through out Church. In the past 8 years, Mike has become a friend. Mike has been an active/faithful member of our church, and the community at large. I got to know Mike better as we served in the ministry of Hospitality in our Church community. Mike has served well in this capacity, as he has been very patient, kind, and ready to help others especially those elderly and those physically handicapped. He is friendly and gentle with children.

He served at a teacher of the students in Sunday school. I heard from a number of them that they enjoyed Mr. Lopatic's class. Mike served selflessly in serving the homeless on our Friday night meals at the Church. He has been willing to help others in need, whether it be a ride to a shelter home or transportation to see family etc....

Mike and his wife, Chinh, have been active in our marriage support/enrichment group at the Church. It is here, that we (my wife Marilyn and I) have seen a very honest, decent man who is humble, and who, like most of us there, are working to become a better person and a better spouse. Mike loves his wife and his children dearly.

The arrest of Mike came as a surprise. Although we know him to be politically active, in the years that we have known him, he has never been a violent person.

Sincerely,

Don Spica

3/31/2021

Andrew Odell

To Whom it concerns:

My name is Andrew Odell and I have known Mike Lopatic for about 10 years. We are members together at St. Mary's Catholic Church in Lancaster, Pennsylvania.

My wife and I know Mike to be a devout Catholic, very involved in the church. He is a good person who cares about his friends, the community, and his family. He was a religious education teacher for the youth at the parish for a number of years. He was dedicated in this effort and volunteered significant amount of time to this teaching.

He has worked as a role model to others in need. There was a family at church whose father was incarcerated, and he helped take care of the kids. He was a good role model to those kids, showing them how to do things, and spending time making sure they had fun on the weekends. He always seems to be one of the first to help those in need. We've always known him as a caring, generous person.

Mike is interested in politics, and how political decisions affect religious liberties. However, he never spoke about or acted in any violent way. I've never known him to be dangerous in any manner.

He was a coach and mentor to his own kids. Coaching sports and involving himself with activities that revolved around his family was important to him and he spent a lot of time with his kids. We know the youngest son from church and baseball. I can tell that he has a strong sense of family and closeness with his kids and wife.

We are praying for him and his family during this difficult time.

Best Regards,

*CAOdell*

Andrew Odell

April 1, 2021

Hello, my name is Samuel Ellis, I'm 20 years old and am currently serving with NET Ministries. I'm from the same community in Lancaster as Mike Lopatic.

I've known Mike for a long time, probably past 5-6 years. I always saw him at church and one day my father began talking with him. Thus ensued our relationship with the Lopatic family. Mike would always take time to say hi to our family and talk with us - the whole family. Man he can talk your ear off. He can talk to literally anyone about anything for hours. He has always attended mass and church at St. Mary's in Lancaster, where his family and our family go.

Mike is such a great member of the community. He's always there to help people and to aid one another. He's always first to help grilling hotdogs and hamburgers, behind the sign in table to make sure people know what they're doing, helping his kids with sports, or showing up to help with a project. Being supportive and doing acts of service are obviously important because he was always doing them.

He is part of the Knights of Columbus, a Catholic men's organization that aids the community and church. He spends a huge amount of time on his property down by the Conestoga River. He's always working on some project, he helped us with a go-cart once.

This man loved his country. He was in the Corps when he was younger and very pro-life. Mike's children are so nice. I've met 4 of them, each one is very polite, firm and easygoing. I know his youngest pretty well and he's a good kid. If one can judge the character of a parent by the way their children act, Mike's influence on his kids becomes pretty evident- in a good way.

He has been a chaperone for several youth events and conferences and used to help out with the youth group.

Mike may be a rough looking man but his heart is strong and filled with conviction and love of God and his fellow man.

Thank you for your kind attention.

Sincerely,

Samuel Ellis

April 1, 2021

To whom it may concern,

We have been blessed in many ways.  First we are blessed with our youngest son Michael who has Trisomy 21 (commonly referred to as Down Syndrome).  We have also been bless to know Michael Lopatic.  Mr. Lopatic is a kind and good man.  We have seen this kindness especially when he has interacted with our son Michael.

Mr. Lopatic is an usher at St. Mary's Roman Catholic Church in Lancaster, PA.  We first met Mr. Lopatic when we visited St. Mary's several years ago to attend mass.  Our son Michael took to Mr. Lopatic right away.  He was drawn to him as he often is to kind and friendly souls.  He enjoyed Mr. Lopatic's beard and how tall he is.  Mr. Lopatic wasted no time and invited Michael to join him in his usher duties.  He carried Michael about ensuring all whom they saw were able to meet Michael.

A few years later, we saw Mr. Lopatic at a party celebrating the recovery of our niece from cancer.  Our son Michael recognized Mr. Lopatic and ran to him without haste.  Mr. Lopatic was overjoyed to see Michael and hoisted him high with a big hug and once again carried him around, meeting all the guests.

Mr. Lopatic has always seen Michael for who he is, a true child of God.  Michael has always seen Mr. Lopatic for who he is, a kind and friendly soul.

Thank you for your time.

Mary and Brendan Corrigan
West Bradford, PA

April 2, 2021

The Honorable G. Michael Harvey
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Harvey:

My name is Chinh Lopatic. I've been married to Michael Lopatic, my husband, for 34 years. We have 4 children together. We have 3 boys and one girl. Our oldest son, Michael- 30 years old. Our second oldest son, Ramsey- 29 years old. Our daughter, Mayciann- 20 years old. Our youngest son, Coleby- 18 years old. Coleby is a senior in high school and he will be graduating this June. He is hoping to continue with his education in college and play baseball as it is his passion.

For all of the years I have known my husband, I have never known him to have violence within him. He has never laid his hand on any of the children, and he has never laid his hand on me. My son, Coleby, and I miss him very much and we want him home with us. The other 3 oldest ones, no longer at home, miss him also.

Michael likes to get involved with the community and has given a helping hand wherever he was needed. We attend church and a marriage group so we can really understand and strengthen our faith so we can be better people. He volunteered to coach baseball and basketball because he likes to work with the kids and help them. He also wanted to make it fun for the kids. He has helped out at the community meal for the poor in Lancaster through our church. He wanted to teach our children to be kind and help out and to serve others rather than to be served. He is always ready and willing to help out whenever they need him. It doesn't matter what as long as he can do it, he will help who ever calls on him. If he sees some stranger needs help, he'll stop and ask them if he can help them. He volunteered to teach the religion class at our church, because he wanted the kids to have a better understanding of our beliefs.

Michael served in Marine Corps for 3 years. He was a mortarman in Beirut, Lebanon. When he got out of the service, he lost his hearing in both ears. He has high blood pressure and lipoma disease. Then about 9 years ago, he was diagnosed with a brain tumor. It cannot be operated on and he has to be on medication to keep the tumor stable. He also has PTSD and Bipolar Disorder as well. So, with all kinds of health issues Michael has, he needs to be home and he needs his medications. We are very worried that he is not receiving the proper care needed in detention pending trial.

Michael has always been a kind and gentle husband and father. He has helped his community while asking nothing in return. I am asking you to show mercy and to release him so he can come home to us, his family and friends. We will take care of him until he must face his trial.

Sincerely,

Chinh Lopatic

Kristin M. Young

102 Covered Wagon Drive

Willow Street, PA 17584

c/o Lopatic Family

14 Haskill Drive

Lancaster, PA 17601

To Whom It May Concern:

I am writing this letter in support of Michael Lopatic.

One thing Michael Lopatic cannot be accused of is acedia. He is a man whose heart is ablaze with the love of God. A man of character, of deeply held beliefs in the sanctity of life (the supreme issue in our world today), he has not a violent bone in his body. Knowing Mike for over thirteen years, I have had ample opportunity to get to know him and his family. Each week, for several years, he accompanied his young daughter to my home for her piano lessons, supporting her musical pursuits in multiple ways. Ever interested in helping his kids succeed, he coached baseball for his son's team, making a difference in several of the boys' lives. One of the team members, whose life he impacted, shared that Mr. Lopatic's encouragement and kindness during his tenure as baseball coach, was very much uplifting and appreciated.

    Mike's love of God permeates every aspect of his life. Attending Mass weekly with his family of 6, married to the same woman for at least thirty years, he actively participated in parish life. Serving the homeless at the community meal, attending the marriage fellowship program, helping those who need an extra hand, standing up for the sanctity of life, Mike was deeply involved with his faith community.

    Mike's character is straight forward. He speaks his mind, tells you where he is coming from, and does not wear a veil of political correctness. He is honest, forthright and strong in his beliefs. A truly likable individual, I believe the person the press has depicted him to be is fiction. The real Michael Lopatic is a man of honor and a man of God.

Thank you for considering this letter in your defense of Michael. And may St Michael, the Archangel, his patron saint, guide and protect him and all who assist in defending him.

Sincerely,

*Kristin M. Young*

Kristin M. Young