IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Case No. 21-CR-35 (EGS) |
| v. | : |
| | : |
| MICHAEL JOHN LOPATIC, SR., | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE**

    Defendant Michael J. Lopatic, Sr. ("Mr. Lopatic"), by and through undersigned counsel, and pursuant to the Court's Minute Order dated April 26, 2021, submits this Notice acknowledging the conditions of release set forth in the Court's Order Setting Conditions of Release [ECF 65].

    Mr. Lopatic acknowledges that he is aware of the conditions of release. He promises to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. Mr. Lopatic is aware of the penalties and sanctions set forth in the Order Setting Conditions of Release.

Date: May 3, 2021                                          Respectfully Submitted,

                                                                        */s/ Dennis E. Boyle*
                                                                        Dennis E. Boyle, Esquire
                                                                        Blerina Jasari, Esquire
                                                                        Attorneys-at-Law
                                                                        1050 Connecticut Ave, Suite 500
                                                                        Washington, D.C., 20036
                                                                        Email: dboyle@dennisboylelegal.com
                                                                                  bjasari@dennisboylelegal.com
                                                                        Phone: (202) 430-1900

                                                                        *Counsel for Defendant*