# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 21-CR-35-3 (EGS) |
| : | |
| **MICHAEL J. LOPATIC SR.,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF DISCOVERY

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, hereby informs the Court and defense that the attached discovery letter of July 8, 2021, has been provided to the defense in this matter.

> Respectfully submitted,
>
> CHANNING D. PHILLIPS
> Acting United States Attorney
> DC Bar No. 415793

By:     */s/ Colleen D. Kukowski*
       COLLEEN D. KUKOWSKI
       Assistant United States Attorney
       DC Bar No. 1012458
       555 Fourth Street, N.W., Room 9842
       Washington, DC 20530
       Colleen.Kukowski@usdoj.gov
       (202) 252-2646

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Notice of Discovery was served on all counsel of record via the Court's electronic filing service.

                         */s/ Colleen D. Kukowski*
                         COLLEEN D. KUKOWSKI
                         Assistant United States Attorney

Date: July 8, 2021