

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 8, 2021

*VIA Email and Dropbox link*

DENNIS BOYLE
BLERINA JASARI
Counsel for Michael Lopatic


      Re:     *United States v. Sabol et al*
                 Case No. 21-CR-35-3 (EGS)

Dear Counsel:

      We are writing to provide you with preliminary discovery in this case through a Dropbox link provided by Blerina Jasari, Esq. to AUSA Colleen Kukowski on July 8, 2021.  The material provided was obtained from a search warrant that was executed on Mr. Lopatic's Facebook account.  This material is subject to the terms of the Protective Order issued in this case. The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

      The Facebook records from Mr. Lopatic's account consisted of the files listed below:

- Linked Media Files
    - 230 JPG image files
    - 29 MP4 video files
    - 9 PNG image files
- 287617743025804.pdf (Facebook Business Records, 3,693 pages)
- 496415784839287_affidavit.pdf (Custodian of Record affidavit, 1 page)
- 1 Index .html file
- 5 Preservation .html files
- 1 "readme.txt" file

If you have any questions, please feel free to contact me.

> /s/ Colleen D. Kukowski
> **COLLEEN D. KUKOWSKI**
> Assistant United States Attorney
>
> **BENET KEARNEY**
> Assistant United States Attorney