# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-35 (EGS) |
| v. | : |
| | : |
| **MICHAEL JOHN LOPATIC, SR.,** | : |
| | : |
| **Defendant.** | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Michael John Lopatic, Sr.'s Fourth Motion to Modify Conditions of Release, it is

**ORDERED**, that the Order Setting Conditions of Release [ECF 65] is hereby modified to allow a curfew from 10:00 P.M. until 6:00 A.M.

All other conditions of release remain in full force and effect.

_____
Emmet G. Sullivan
United States Judge