UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 21 Cr. 035 (EGS) |
| | : | |
| MICHAEL JOHN LOPATIC SR., | : | |
| | : | |
| Defendant. | : | |

## STATUS REPORT REGARDING MICHAEL LOPATIC

The United States, by and through the United States Attorney, hereby submits this status report, pursuant to this Court's minute order of August 31, 2022. The Government states as follows:

On July 3, 2022, counsel for Michael Lopatic informed the Government that Mr. Lopatic had passed away earlier that day. The Government has since requested a copy of Mr. Lopatic's death certificate both from counsel and from the Pennsylvania Department of Health, but has not yet received it. Once the Government receives the certificate, it intends to file a Motion for Abatement of Prosecution with respect to Mr. Lopatic.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Benet J. Kearney*
BENET J. KEARNEY
NY Bar No. 4774048
Assistant United States Attorney
1 Saint Andrew's Plaza
New York, New York 10007
(212) 637 2260
benet.kearney@usdoj.gov