EXHIBIT A



**pennsylvania**
DEPARTMENT OF HEALTH
Form # Rev. 4/2022

# Request for Certification of a Death Record
Type or print in ink

This form is used by a government agency to request certification of a death record. If a death certificate is needed, then submit an Application for a Death Certificate along with a subpoena or other documentation to support direct interest in obtaining the certificate.

## PART 1: CONTACT INFORMATION

Type of Government Agency: ☒ Federal Agency  ☐ State Agency  ☐ County Agency  ☐ Municipal Agency

Agency/Office Name: __United States Attorney's Office (DOJ)__

Agency/Office Contact: __Benet Kearney__  Email address: __benet.kearney@usdoj.gov__

Agency/Office Street: __1 Saint Andrew's Plaza__  Fax Number: _____

City: __New York__  State: __NY__  Zip code: __10007__  Daytime Phone: __212 637 2260__

## PART 2: SUBJECT'S INFORMATION TO LOCATE RECORD

SUBJECT'S NAME ON DEATH RECORD
__Michael John Lopatic Sr.__
(First Name) (Last Name)

| SEX | DATE OF BIRTH | DATE OF DEATH | COUNTY OF DEATH | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| ☒ MALE  ☐ FEMALE | | 7/3/22 | Lancaster County | |

## PART 3: SUBJECT'S INFORMATION THAT NEEDS CERTIFIED

Select only the information your agency needs certified.

☐ Subject's First Name  ☐ Date of Birth
☐ Subject's Last Name  ☒ Date of Death
☐ Sex  ☐ County of Death

## PART 4: PURPOSE OF REQUEST

☐ To close case file on the subject
☒ Other purpose: __To terminate criminal proceeding__

## PART 5: ACCEPTABLE FORMS OF IDENTIFICATION

☒ Attach a copy of an unexpired government photo ID and a copy of an employment ID issued by the agency in Part 1. A letter on agency letterhead will be accepted as an alternative for the employment ID.

## PART 6: SIGNATURE

By my signature below, I state I am the person whom I represent myself to be herein, and I affirm the information within this form is complete and accurate and made subject to penalties of 18 Pa.C.S. §4904 relating unsworn falsification to authorities. In addition, I acknowledge that misstating my identity or assuming the identity of another person may subject me to misdemeanor or felony criminal penalties for identity theft pursuant to 18 Pa.C.S. §4120 or other sections of the Pennsylvania Crimes Code.

_____[signature]_____   9/6/22
(Signature of individual listed in Part 1)   (Date)

## CERTIFICATION TO BE COMPLETED BY THE DIVISION OF VITAL RECORDS

The Division of Vital Records has determined the following:

☒ A record for the subject was found: State File Number - __377367-22__  File Date - __7-13-22__
  ☒ The information in Part 2 matches the requested certification as listed in Part 3
  ☐ The information in Part 2 does not match the requested certification as listed in Part 3
☐ A record for the subject was not found
☐ Insufficient information was provided in Part 2 to conduct this certification.

Certifier's Signature: __Domenique Petrik__
Date of Certification: __9-14-22__

FAX TO:
724-656-3224

MAIL TO:
PA Department of Health
Bureau of Health Statistics and Registries
Division of Vital Records
PO Box 1528
New Castle, PA 16105